IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JON BURNS, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of Social Security, | : | |
| Defendant. | : | No. 18-1494 |

**ORDER**

AND NOW, this 8th day of May, 2019, upon consideration of plaintiff's request for review, defendant's response, and plaintiff's reply, and after careful review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED, in part;

3. The case is REMANDED in accordance with the fourth sentence of 42 U.S.C. Section 405(g) to the Commissioner of the Social Security Administration for proceedings consistent with the Report and Recommendation of United States Chief Magistrate Linda K. Caracappa.

BY THE COURT:

C. DARNELL JONES, II
UNITED STATES DISTRICT JUDGE

FILED
MAY - 8 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk